**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00410-CV

## IN THE INTEREST OF Y.D., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-01249**

## ORDER

Appellant's motion to extend the time to file appellant's brief is **GRANTED**.

Appellant's brief received on July 5, 2016 is **ORDERED** filed as of the date of this order.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
PRESIDING JUSTICE